# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
DEC 2 7 2004

Ciesielski                            **JUDGMENT IN A CIVIL CASE**

v.                                Case Number: 03 C 1175

Hooters on Higgins

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Memorandum, Opinion, and Order is entered. The Court denies Defendants' Motion for Judgment as a Matter of Law under Federal Rule of Civil Procedure 50(b) as to the jury's punitive damages award. Jury returned verdict in favor of Plaintiff and against Defendant. The jury finds damages as follows: $25,000.00 for emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and stress and $250,000.00 for punitive damages for a total of $275,000.00 plus attorneys fees.

                                                     Michael W. Dobbins, Clerk of Court

Date: 12/23/2004                           /s/ Theresa Hammonds
                                                     Theresa Hammonds, Deputy Clerk