# United States Court of Appeals

### For the Seventh Circuit

### Chicago, Illinois 60604

**CERTIFIED COPY**

<u>DISMISSAL PER FRAP 42(b)</u>

# FILED

**Date: June 30, 2005**

**By the Court:**

No. 05-2354

JOANNA CIESIELSKI,
                    Plaintiff - Appellee

    v.

HOOTERS MANAGEMENT CORPORATION, INCORPORATED, and various
unknown employees of Hooters on Higgins, Incorporated and
HOOTERS ON HIGGINS, INCORPORATED,
                    Defendants - Appellants

JUL - 1 2005 WH

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 03 C 1175, Amy J. St. Eve, Judge

        Upon consideration of the **MOTION TO DISMISS** filed by
    the appellants on 6/29/05,

        **IT IS ORDERED** that this cause is **DISMISSED**, pursuant
    to Federal Rule of Appellate Procedure 42(b).

(1025-110293)

A True Copy:
    Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit.